JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WILSON, | Case No. CV 07-172-AHS (OP) |
| | CV 08-6897-AHS (OP) |
| Petitioner, | SECOND AMENDED JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 5, 2011

ALICEMARIE H. STOTLER
HONORABLE ALICEMARIE H. STOTLER
Senior United States District Judge

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge